**United States District Court**
For the Northern District of California

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   ANDREW HARVEY,                                   )   No. C 07-00204 SBA (pr)
                                                      )
5                        Petitioner,                  )   **JUDGMENT**
     v.                                               )
6                                                     )
     BEN CURRY, Warden,                               )
7                                                     )
                         Respondent.                  )
8    ————————————————————————)

9

10       For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus,

11   judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

12       IT IS SO ORDERED.

13   DATED: 5/11/09                          _Saundra B Armstrong_
                                             SAUNDRA BROWN ARMSTRONG
14                                           United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.07\Harvey204.jud.md.frm

**United States District Court**
For the Northern District of California

1   UNITED STATES DISTRICT COURT

2   FOR THE

3   NORTHERN DISTRICT OF CALIFORNIA

4

5

6   GREGORY L. PAYNE,                              Case Number: CV06-05310 SBA

7           Plaintiff,                             **CERTIFICATE OF SERVICE**

8     v.

9   B. CURRY et al,

10          Defendant.

11  _____/

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
13  Northern District of California.

14  That on May 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
    in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in
15  the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
    office.
16

17

18

19  Gregory L. Payne D72559
    PO Box 689
20  Soledad,  CA 93960

21  Dated: May 14, 2009

22                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
23

24

25

26

27

28

G:\PRO-SE\SBA\HC.07\Harvey204.jud.md.frm                    2